IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| M.D. ALLEN, LC | : | |
| | : | |
| Defendant | : | NO. 04-CV-1556 (JJF) |

REQUEST TO CLERK TO ENTER DEFAULT
PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, M.D. Allen, LC, for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached affidavit of Timothy J. Snyder.

Respectfully submitted,

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

Date: 4-01-05    By: _____
Timothy J. Snyder
Attorney I.D. #2408
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Facsimile: (302) 576-3336
Email: tsnyder@ycst.com

OF COUNSEL:
Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Fl.
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| M.D. ALLEN, LC | : | |
| | : | |
| Defendant | : | NO. 04-CV-1556 (JJF) |

**AFFIDAVIT OF TIMOTHY J. SNYDER**
**FOR ENTRY OF DEFAULT**

Timothy J. Snyder, having been first duly sworn according to law, hereby deposes and states as follows:

I am an attorney for the Plaintiffs in the above-entitled action.

The Complaint and Summons in this action were served on the Defendant, M.D. Allen, LC, by serving the Secretary of State of the State of Delaware, on December 30, 2004, as appears from the Return of Service of Complaint, which was duly docketed with the Court on January 3, 2005. A copy of the Complaint and Summons were sent by registered mail, return receipt to M.D. Allen, LC on January 4, 2005 and delivered on January 6, 2005, the receipts for which were duly docketed with the Court on January 12, 2005. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

The Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended.

147538-1

The Defendant is neither an infant nor an incompetent person and is not in the military service.

_____
TIMOTHY J. SNYDER

Sworn to and subscribed before
me this ___1st___ day of __April__, 2005

_____
NOTARY PUBLIC

LUCINDA B. JOSEPH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 20, 2006

147538-1                                    2

## CERTIFICATE OF SERVICE

I, Timothy J. Snyder, state under penalty of perjury that I caused a copy of the foregoing Request To Clerk To Enter Default Pursuant To Fed. R. Civ. P. 55(a) to be served via first class mail, postage prepaid on the date and to the address below:

Robert Valliant Jones, Esquire
157 East Main Street
Elkton, MD 21921-5974

_____
TIMOTHY J. SNYDER

Date: 4·01·05

147538-1