IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PLUMBERS & PIPEFITTERS LOCAL UNION NO. 74 ANNUITY FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| M.D. ALLEN, LC | : | |
| | : | |
| Defendant | : | NO. 04-CV-1556 (JJF) |

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

YOUNG CONAWAY
STARGATT & TAYLOR, LLP

Date: May 2, 2005        By: _____
Timothy J. Snyder
Attorney I.D. #2408
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19801
Telephone – (302) 571-6645
Telefax – (302) 576-3336
Email – tsnyder@ycst.com

OF COUNSEL:
Sanford G. Rosenthal
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Fl.
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611
Attorney for Plaintiffs

151965-1

## CERTIFICATE OF SERVICE

I, Timothy J. Snyder, state under penalty of perjury that I caused a copy of the foregoing Notice of Dismissal to be served via first class mail, postage prepaid on the date and to the address below:

> M.D. Allen, LC
> 2 Curtis Lane
> Elkton, MD 21921

TIMOTHY J. SNYDER

Date: May 2, 2005

151965-1